JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DIALLO E. UHURU, | ) | No. CV 09-05582-JVS (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| PETE SPAGNOLA, et al., | ) ) | |
| Defendants. | ) ) | |

   Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

   **IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: June 23, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE